**UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
BDO USA, LLP,

                       Plaintiff,                  Civil Action No.
                                                           1:20-cv-06168-JPO

    v.

                                                            **RULE 7.1 STATEMENT**

MATTHEW FRANZ and DONALD SOWELL,

                      Defendants.
------------------------------------------------------------------X

       Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendants Matthew Franz and Donald Sowell (private, non-governmental parties) certify that there are no corporate parents, affiliates and/or subsidiaries of said parties, which are publicly held.

Dated:      August 12, 2020
               New York, New York

                                                     Yours, etc.

                                                     **PHILBIN LAW FIRM, PLLC**

                                                     By: /s/ *James Philbin*

                                                     James Philbin (JP7472)
                                                     Attorneys for Defendants
                                                     MATTHEW FRANZ and DONALD SOWELL
                                                   99 Park Avenue, Suite 1100
                                                   New York, New York 10016
                                                   914-417-0709
                                                   jim@philbinlawfirm.com